UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** November 9, 2022 | **Time:** 1 hr, 8mins 2:32 p.m. to 3:40 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 22-cv-03580-WHO 22-cv-5753-WHO 22-cv-6020-WHO 22-cv-6665-WHO | **Case Name:** Doe v. Meta Platforms, Inc. | |

**Attorneys for Plaintiff:**  Jay Barnes, Eric S. Johnson, Nicole Ramirez, Beth E. Terrell, and Jae "Eddie" Kim

**Attorneys for Defendant:**  Michael G. Rhodes, Abigail A. Barrera, Lauren R. Goldman, and Elizabeth K. McCloskey

**Deputy Clerk:** Jean Davis                     **Court Reporter:** Pamela Hebel

## PROCEEDINGS

Hearing on Motion for Preliminary Injunction conducted via hybrid format with counsel appearing both in person and via videoconference. Only counsel who addressed the Court are named above, although additional counsel attended the hearing both in person and via videoconference.

Court makes initial comments and allows Meta to file a responding declaration to the Wilson declaration.  Argument of counsel heard. Motion taken under submission. A written order will follow the submission of defendant's declaration.