# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

| **Date:** December 14, 2022 | **Time:** 26 minutes 2:48 p.m. to 3:14 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 22-cv-03580-WHO 22-cv-4293-WHO 22-cv-4680-WHO 22-cv-4963-WHO 22-cv-5753-WHO 22-cv-6020-WHO 22-cv-6665-WHO | **Case Name:** Doe v. Meta Platforms, Inc. | |

**Attorneys for Plaintiffs:**     Jeffrey A. Koncius, Amanda Fiorilla, Beth E. Terrell, Kate Baxter-Kauf, Geoffrey A. Graber, Jay Barnes, Andre M. Mura, Eddie Kim, Hannah N. Barnett, Rebecca D. Gilliland, and Margaret MacLean

**Attorneys for Defendants:**   Lauren R. Goldman

**Deputy Clerk:** Jean Davis          **Court Reporter:** Debra Pas

### PROCEEDINGS

Hearing on competing Motions to Appoint Lead Counsel conducted via videoconference. The Court asks questions and hears presentation from the firms seeking appointment as lead counsel for the class action plaintiffs.